Fee Ledger of Arthur H. Forman

ALINA AHMED V. SUBZI MANDI, INC., et al.

| Date | Time | Description of Services |
|---|---|---|
| 05/16/13 | 1.75 | Initial consultation; discuss dates of employment, salary, duties, names of owners(s), addresses, sign retainer |
| 05/17/13 | 0.10 | Search computer (NYS Corps.) for defendant's name |
| 05/17/13 | 0.25 | Search computer for owner of business and address |
| 05/20/13 | 2.75 | Draft Complaint |
| 06/12/13 | 0.20 | Draft Civil Cover Sheet & Summons (2) |
| 06/12/13 | 0.25 | File Summons & Complaint in person with Court |
| 06/13/13 | 0.10 | Forward Summons & Complaint to Process Server by Priority Mail |
| 07/18/13 | 0.10 | Review Affidavit of Service from Process Server; File with Court by ECF |
| 08/12/13 | 0.50 | Draft Motion for clerk's Certificate of Default |
| 08/12/13 | 1.00 | Draft Affidavit in Support of Certificate/Default |
| 08/13/13 | 0.25 | Draft letter to defendants with copy of Summons & Complaint; Mail to Defendants |
| 08/14/13 | 0.25 | Changes to supporting Affidavit for clerks Certificate |
| 09/11/13 | 0.10 | Review Non-Military Affidavit from Process Server; File with Court by ECF |
| 10/28/13 | 0.75 | Draft Plaintiff Affidavit in Support of Default Judgment |
| 10/28/13 | 0.50 | Draft Attorney Affirmation in Support of Default Judgment |
| 10/31/13 | 4.25 | Draft Motion and Memo for Default Judgment |
| 11/01/13 | 1.75 | Corrections and changes to Memo/Default |
| 11/01/13 | 0.30 | Draft proposed final judgment |
| Total: | 14.90 hours | |