UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

ALINA AHMED f/k/a Ruchi Diwan,

                    Plaintiff,        13 Civ. 3353 (CBA) (RER)

    - against -                **SATISFACTION OF JUDGMENT**

SUBZI MANDI, INC., and JAGIR SINGH,

                    Defendant.
----------------------------------------x

    WHEREAS, a judgment was entered in the above action on the 18th day of August, 2014 in favor of Alina Ahmed f/k/a Ruchi Diwan and against Subzi Mandi, Inc., and Jagir Singh in the amount of $24,793.10 plus interest from the 18th day of August, 2014 with costs and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Forest Hills, New York
       February 26, 2015

                                      By: _____
                                          Arthur H. Forman
                                          Attorney for Plaintiff
                                          98-20 Metropolitan Avenue
                                          Forest Hills, New York 11375
                                          (718) 268-2616

STATE OF NEW YORK )
) ss.:
COUNTY OF QUEENS )

On the 26th day of February, 2015 before me personally came Arthur H. Forman to me known and known to be the, attorney for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

EVIE P. EFKARPIDIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EF4962555
Qualified in Queens County
My Commission Expires Feb. 20, 20 18